**Opinion filed February 2, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00212-CR

_____

## JAMES THOMAS GREENE, JR., Appellant
## V.
## THE STATE OF TEXAS, Appellee

### On Appeal from the 104th District Court
### Taylor County, Texas
### Trial Court Cause No. 19142B

## M E M O R A N D U M   O P I N I O N

Appellant, James Thomas Greene, Jr., has filed a motion for voluntary dismissal of his appeal. In the motion, Appellant states that he has consulted with his attorney about the effects of a dismissal, and he asks that we dismiss the appeal. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

February 2, 2017                                            PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.